EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br><br>Nancy Rivera Sepúlveda | 2019 TSPR 202<br><br>203 DPR _____ |

Número del Caso:  TS-12,672

Fecha:  29 de octubre de 2019

Abogada de la parte peticionaria:

      Por derecho propio

Oficina de Inspección de Notarías:

      Lcdo. Manuel E. Ávila De Jesús
      Director

Materia:  Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |  |
|---|---|---|
| In re:<br><br><br>Nancy Rivera Sepúlveda | TS-12,672 |  |

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de octubre de 2019.

Examinada la *Moción en cumplimiento de orden* presentada por el Director de la Oficina de Inspección de Notarías (ODIN) el Lcdo. Manuel E. Ávila De Jesús, se toma conocimiento. Se ordena la reinstalación inmediata al ejercicio de la notaría a la Lcda. Nancy Rivera Sepúlveda, condicionado a la prestación de la fianza notarial vigente.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo